UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE JUUL LABS, INC., MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | Case No. 19-md-02913-WHO<br><br>**ORDER DISMISSING SETTLED CASES**<br><br>Dkt. No. 4312-3, Ex. C |

Counsel for the Altria defendants have identified 23 personal injury cases that have participated in the settlements with JLI and Altria, but have not filed notices of dismissal as to the Altria defendants. Dkt. No. 4312-3 (Ex. C). According to Altria and the Settlement Administrator, the plaintiffs in these cases have settled their cases, have delivered releases to Altria, and have received settlement payments. *Id*.

Therefore, the 23 cases identified in Dkt. No. 4312-3 (Ex. C) and listed below are DISMISSED. The Clerk shall close these cases:

3:22-cv-06141

3:22-cv-07957

3:22-cv-08065

3:22-cv-09086

3:21-cv-07001

3:22-cv-08488

3:22-cv-08510

3:22-cv-05554

3:21-cv-05181

3:20-cv-02543

1   3:20-cv-02557
2   3:20-cv-02545
3   3:20-cv-02547
4   3:22-cv-08335
5   3:22-cv-08249
6   3:21-cv-07172
7   3:22-cv-02397
8   3:22-cv-08353
9   3:22-cv-00772
10  3:22-cv-01715
11  3:22-cv-04868
12  3:21-cv-02502
13  3:21-cv-03179

**IT IS SO ORDERED.**

Dated: September 20, 2024



William H. Orrick
United States District Judge